NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JONATHON BURTON,          )
                          )
          Appellant,      )
                          )
v.                        )          Case No. 2D18-1957
                          )
STATE OF FLORIDA,         )
                          )
          Appellee.       )
_____)

Opinion filed September 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(3) from the Circuit Court for Lee
County; Ramiro Manalich, Judge.

Jonathon Burton, pro se.

Ashley Moody, Attorney General,
Tallahassee, and C. Suzanne Bechard,
Chief-Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


BLACK, BADALAMENTI, and SMITH, JJ., Concur.